UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA JOY PERNA,

    Plaintiff,

  v.

SF COUNTY JAIL #2,

    Defendant.

Case No.   14-cv-05215-JD

**ORDER OF DISMISSAL**

    This is a civil rights case filed pro se by a prisoner. On July 29, 2015, the Court dismissed the complaint with leave to amend after discussing its deficiencies. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as set forth in the Court's prior screening order.

    **IT IS SO ORDERED.**

Dated: November 17, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELISSA JOY PERNA,

    Plaintiff,

v.

SF COUNTY JAIL #2,

    Defendant.

Case No. 14-cv-05215-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 17, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melissa Joy Perna
#1467851
c/o Prisoner Legal Services
555 Seventh Street, Rm 201
SF, CA 94103

Dated: November 17, 2015

                                       Susan Y. Soong
                                       Clerk, United States District Court

                                       By: *[signature]*
                                       LISA R. CLARK, Deputy Clerk to the
                                       Honorable JAMES DONATO